1  NINA WILDER (CA SBN No. 100474)
       Law Offices of
2  **WEINBERG & WILDER**
   523 OCTAVIA STREET
3  SAN FRANCISCO, CALIFORNIA 94102
   Telephone: (415) 431-3472
4  Facsimile:  (415) 552-2703

5  Attorney for Defendant
   AMY ARATA

6

7
                         UNITED STATES DISTRICT COURT
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | No. CR-06-00217-DLJ |
| 11 | Plaintiff, ) | |
| 12 | vs. ) | **STIPULATION TO CONTINUE DATE FOR POSTING PROPERTY BOND; ORDER** |
| 13 | AMY ARATA, et al., ) | |
| 14 | Defendants. ) | |

15
      IT IS HEREBY AGREED BY THE PARTIES, through the undersigned attorneys, that
16
the date for posting the pledged property as security for defendant Arata's release shall be
17
continued to April 21, 2006, at 10 a.m. due to the delay resulting from the property's location in
18
New Mexico.
19
      IT IS SO STIPULATED.
20

21

22  Dated: April 7, 2006                    /s/
                                        DANA WAGNER
23                                      Assistant United States Attorney

24

25  Dated: April 6, 2006                    /s/
                                        NINA WILDER
26                                      Attorney for Defendant
                                        AMY ARATA
27

28

STIPULATION TO CONTINUE DATE FOR
POSTING PROPERTY BOND; ORDER;
(NO. CR-06-0217 DLJ)

1

## ORDER

Pursuant to the Stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the date for posting the pledged property as security for defendant Arata's release shall be continued to April 21, 2006.

DATED:  April 7, 2006

_____
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION TO CONTINUE DATE FOR POSTING PROPERTY BOND; ORDER; (NO. CR-06-0217 DLJ)

2