NINA WILDER (CA SBN No. 100474)
Law Offices of
**WEINBERG & WILDER**
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703

Attorney for Defendant
AMY ARATA

FILED

DEC 1 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMY ARATA, et al., ) <br> ) <br> Defendants. ) | No. CR-06-00217-DLJ <br><br> **STIPULATION; TRAVEL ORDER** |

IT IS HEREBY AGREED BY THE PARTIES, through the undersigned attorneys, that defendant Amy Arata is permitted to drive through the Eastern and Central Districts of California to travel to and return from Los Angeles where she will be spending the holidays with her family. Ms. Arata is leaving for Los Angeles on December 20, 2006, returning to the Northern District on January 4, 2007.

Ms. Arata has permission to travel to Los Angeles. However, Pretrial Services would prefer court authorization for her expected route. Otherwise, Pretrial Services has no objection to the proposed travel. Ms. Arata will provide Pretrial Services with contact information in Los Angeles.

IT IS SO STIPULATED.

Dated: <u>November 29, 2006</u>     /s/
                                 DANA WAGNER
                                 Assistant United States Attorney

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial, Frances

STIPULATION; TRAVEL ORDER
(No. CR-06-0217DLJ)

1

1  Dated: November 29, 2006

/s/
NINA WILDER
Attorney for Defendant
AMY ARATA

**IT IS SO ORDERED.**

DATED: 12-1-06

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION; TRAVEL ORDER
(No. CR-06-0217 DLJ)