FILED

DEC 0 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  NINA WILDER (CA SBN No. 100474)
   **Law Offices of**
2  **WEINBERG & WILDER**
   523 OCTAVIA STREET
3  SAN FRANCISCO, CALIFORNIA 94102
   Telephone: (415) 431-3472
4  Facsimile: (415) 552-2703

5  Attorney for Defendant
   AMY ARATA
6

7
                    UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,  )      No. CR-06-00217-DLJ
                              )
11              Plaintiff,    )      **REVISED**
                              )      **STIPULATION TO CONTINUE**
12 vs.                        )      **SENTENCING HEARING; ORDER**
                              )
13 AMY ARATA, et al.,         )
                              )
14              Defendants.   )
   _____)
15

16          IT IS HEREBY AGREED BY THE PARTIES, through the undersigned attorneys, that

17 the date for sentencing defendant Arata should be continued from January 5, 2007 to February

18 23, 2007 at 10 a.m.  The additional time is required for effective preparation by defense counsel.

19
            IT IS SO STIPULATED.
20

21 Dated:  December 1, 2006              /s/
                                         DANA WAGNER
22                                       Assistant United States Attorney

23

24 Dated: December 1, 2006               /s/
                                         NINA WILDER
25                                       Attorney for Defendant
                                         AMY ARATA
26

27

28

   STIPULATION TO CONTINUE SENTENCING
   HEARING (NO. CR-06-0217 DLJ)
                                       1

1        **IT IS SO ORDERED.**

2

3

4

5    DATED: _Dec 4, 2006_

         _____
         HONORABLE LOWELL D. JENSEN
6        Senior, United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28