FILED
FEB 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  NINA WILDER (CA SBN No. 100474)
   Law Offices of
2  WEINBERG & WILDER
   523 OCTAVIA STREET
3  SAN FRANCISCO, CALIFORNIA 94102
   Telephone: (415) 431-3472
4  Facsimile:  (415) 552-2703

5  Attorney for Defendant
   AMY ARATA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00217-DLJ |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| AMY ARATA, et al., | |
| Defendants. | |

IT IS HEREBY AGREED BY THE PARTIES, through the undersigned attorneys, that the date for sentencing defendant Arata should be continued from February 23, 2007 to March 1, 2007 at 12:00 p.m. The additional time is required for effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: January 24, 2007

/s/
DANA WAGNER
Assistant United States Attorney

Dated: January 24, 2007

/s/
NINA WILDER
Attorney for Defendant
AMY ARATA

1   IT IS SO ORDERED.
2
3
4
5   DATED: 2-20-07
6
7
   HONORABLE LOWELL D. JENSEN
   Senior, United States District Judge
   HONORABLE D. LOWELL JENSEN