**FILED**

MAR 0 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  NINA WILDER (CA SBN No. 100474)
   Law Offices of
2  **WEINBERG & WILDER**
   523 OCTAVIA STREET
3  SAN FRANCISCO, CALIFORNIA 94102
   Telephone:  (415) 431-3472
4  Facsimile:  (415) 552-2703

5  Attorney for Defendant
   AMY ARATA

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,    )    No. CR-06-00217-DLJ
                                  )
11              Plaintiff,        )
                                  )    **STIPULATION MODIFYING BAIL**
12                                )    **AND RELEASING POSTED PROPERTY;**
                                  )    **ORDER**
13  AMY ARATA, et al.,            )
                                  )
14              Defendants.       )
    _____)
15

16      In light of defendant's Amy Arata's sentencing on March 1, 2007,

17      IT IS HEREBY AGREED BY THE PARTIES, through the undersigned attorneys, that

18  the property located at 3760 State HWY 15, Silver City, New Mexico, which was posted to

19  secure defendant's pretrial release, shall be reconveyed to its owner Antonio Delgado forthwith.

20      The signature bond in the amount of $100,000 shall remain in force pending defendant

21  Arata's surrender to serve her sentence.

22      IT IS SO STIPULATED.

23  Dated:  March 2, 2007            _____/s/_____
                                     DANA WAGNER
24                                   Assistant United States Attorney

25

26  Dated:  March 2, 2007            _____/s/_____
                                     NINA WILDER
27                                   Attorney for Defendant
                                     AMY ARATA
28

STIPULATION MODIFING BAIL; ORDER
(No. CR-06-0217 DLJ)

1

1    **IT IS SO ORDERED.**

2

3

4    DATED: _March 8, 2007_

5    ~~HONORABLE WAYNE D. BRAZIL~~
     ~~United States Magistrate Judge~~

6    HONORABLE D. LOWELL JENSEN
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION MODIFING BAIL; ORDER
(No. CR-06-0217 DLJ)